**Order entered September 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00524-CV

**BRIAN CAYCE BERTRAND, Appellant**

**V.**

**JOHN DAVID BERTRAND, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-15646**

## ORDER

We **GRANT** appellant's September 19, 2013 fourth motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellant on September 9, 2013 filed as of the date of this order.

/s/     DAVID LEWIS
            JUSTICE